# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0203. TONY JEROME PENNINGTON v. THE STATE.**

Tony Jerome Pennington filed this direct appeal from the trial court's order revoking his probation. However, an application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35 (a) (5). See also *Jones v. State*, 340 Ga. App. 101, 102 (796 SE2d 487) (2017); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Pennington's failure to follow the required appellate procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 09/15/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*